1  Anna Maria Martin (Bar No. 154279)
   amartin@mmhllp.com
2  Kristin Kyle de Bautista (Bar No. 221750)
   kkyle@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   1000 Wilshire Boulevard, Suite 1860
4  Los Angeles, California 90017-2457
   Telephone: (213) 620-0300
5  Facsimile: (213) 625-1930

6  Attorneys for Defendant
   LIFE INSURANCE COMPANY OF NORTH AMERICA
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11  JESSICA NAGLE,                          )  Case No. 3:19-cv-01707-WHO
                                            )
12              Plaintiff,                  )  **STIPULATION TO DISMISS ENTIRE**
                                            )  **ACTION WITH PREJUDICE AND**
13         vs.                              )  **ORDER THEREON**
                                            )
14  LIFE INSURANCE COMPANY OF NORTH         )  Judge: Hon. William H. Orrick
    AMERICA,                                )
15                                          )  Complaint Filed: April 2, 2019
                Defendant.                  )
16  _____ )

17

18          IT IS HEREBY STIPULATED, by and between Plaintiff JESSICA NAGLE and Defendant

19  LIFE INSURANCE COMPANY OF NORTH AMERICA, (collectively, the "Parties") by and

20  through their respective attorneys of record, that this action shall be dismissed in its entirety with

21  prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each

22  Party shall bear his or its own attorneys' fees and costs.

23          The Parties further stipulate and request that all dates set in this matter be vacated and taken

24  off the Court's calendar.

25          The Parties seek the Court's approval of the dismissal of the action with prejudice.

26  / / /

27  / / /

28  / / /

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

171416.1

1

Case No. 3:19-cv-01707-WHO
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE AND ORDER THEREON

**IT IS SO STIPULATED.**

Dated: October 10, 2019

Cassie Springer Ayeni
Claire Kennedy-Wilkins
Rachel S. Coen
SPRINGER AYENI,
A Professional Law Corporation


By:    /s/ Cassie Springer Ayeni
Cassie Springer Ayeni
Attorneys for Plaintiff
JESSICA NAGLE

Dated: October 11, 2019

Anna Maria Martin
Kristin Kyle de Bautista
MESERVE, MUMPER & HUGHES LLP


By:    /s/ Kristin Kyle de Bautista
Kristin Kyle de Bautista
Attorneys for Defendant
LIFE INSURANCE COMPANY OF
NORTH AMERICA

## ORDER

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 3:19-cv-01707-WHO, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED**

Dated: October 15, 2019

Hon. William H. Orrick
United States District Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

171416.1

2

Case No.  3:19-cv-01707-WHO
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE AND ORDER THEREON

1

**<u>Filer's Attestation-Local Rule 5-4.3.4(a)(2)(i)</u>**

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

171416.1

3

Case No. 3:19-cv-01707-WHO
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE AND ORDER THEREON